UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATAL AKHIEIADOV,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; TODD BLANCHE, U.S. Attorney General; MARKWAYNE MULLIN, Acting Director of U.S. DHS; and PATRICK DIVVER, ERO Field Office Director, San Diego,<br><br>                    Respondents. | Case No.: 26-cv-02084-JES-BJW<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Batal Akhieiadov's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") and request for a Temporary Restraining Order ("TRO"). ECF No. 1. The Petition contains almost no information about Petitioner's immigration history or manner of detention. *See id.* at 3. The Petition does not connect the few facts it does provide to the cause of actions it alleges. *See id.* Indeed, the entire claims section is a

numbered list of 3 claims, without citations to authority or fact-specific analysis, and with only one sentence per claim. *See id.* The application for TRO is a bullet point list of 4 incomplete sentences, also containing no legal authority or fact-specific analysis. *See id.* at 3-4.

In sum, the Petition and application for TRO do not state a sufficient basis for the Court to issue an Order to Show Cause for Respondents to justify Petitioner's detention. The Court **DISMISSES** the Petition with leave to amend.

**IT IS SO ORDERED.**

Dated: April 3, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-02084-JES-BJW