UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATAL AKHIEIADOV,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; TODD BLANCHE, U.S. Attorney General; MARKWAYNE MULLIN, Acting Director of U.S. DHS; and PATRICK DIVVER, ERO Field Office Director, San Diego,<br><br>                                    Respondents. | Case No.: 26-cv-02084-JES-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 4]** |

Before the Court is Petitioner Batal Akhieiadov's ("Petitioner") Amended Petition for Writ of Habeas Corpus ("Petition"), filed on April 23, 2026, which is now the operative Petition in this matter. ECF No. 4. On April 29, 2026, Respondents filed a response stating their non-opposition to an order from this Court directing a bond hearing. ECF No. 6.

Accordingly, the Court **GRANTS** the petition, and **ORDERS** as follows:

1

(1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents must provide Petitioner with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the bond based on a finding of lack of jurisdiction; and

(2)    Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 7, 2026

Honorable James E. Simmons Jr.
United States District Judge